LINCOLN SERVICE, INC., Respondent, v. MARCIAL RIVERA, Appellant.

Supreme Court, Appellate Term, Second Department, October 25, 1946.

*Abraham Epstein* for appellant.
*Benjamin H. Schor* for respondent.

MEMORANDUM *Per Curiam.* The agreement sued upon is unenforcible because it lacks mutuality of obligation. (*Lincoln Service, Inc.,* v. *Mack's Grill, Inc.,* N. Y. L. J., June 15, 1946, p. 2389, col. 3.)

The judgment should be unanimously reversed upon the law, with $30 costs to defendant, and complaint dismissed with appropriate costs in the court below.

MacCRATE, SMITH and FENNELLY, JJ., concur.

Judgment reversed, etc.